**Kenneth MACKENZIE,**
**Plaintiff–Appellant**

**v.**

**Prime Minister Muammar AL–GADDA-FI; Personal Representative of the Estate of Prime Minister Muammar Al–Gaddafi of Libya; Money and Estate of Libya Terrorist; Libya Terrorist Estate of Prime Minister Muammar Al–Gaddafi; City of Houston Police De-**

partment; United States Department of Justice and State; Elana Kagan, former U.S. Soliciter General; Tony Blair, British Prime Minister, U.K.; U.S. Ambassadors; Britain Ambassador; French Ambassador; Iran Ambassador, Defendants–Appellees

No. 15-20667
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 09/30/2016

Kenneth MacKenzie, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Kenneth MacKenzie, proceeding *in forma pauperis*, appeals the district court's *sua sponte* dismissal of his complaint against Prime Minister Muammar al-Gaddafi *et al.* with prejudice under 28 U.S.C. § 1915(e)(2)(B) because the district court found it frivolous. We agree. Accordingly, the district court's judgment dismissing this action with prejudice is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.